IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**ROBERT LEHMAN**                                                                 **PLAINTIFF**

V.                                                  CAUSE NO. 1:13CV202-LG-JMR

**BYRD & WISER, AND**
**NICHOLAS VAN WISER**                                          **DEFENDANTS**

## JUDGMENT

This matter having come on to be heard on the Motion for Summary Judgment [9] filed by filed by Defendants Byrd & Wiser and Nicholas Van Wiser, the Court, after a full review and consideration of the Defendants' Motion, the pleadings on file and the relevant legal authority, finds that in accord with the Order entered herewith,

**IT IS ORDERED AND ADJUDGED** that because there is no genuine issue as to any material fact, judgment is rendered in favor of Defendants Byrd & Wiser and Nicholas Van Wiser, pursuant to FED. R. CIV. P. 56.  This case is hereby **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 16th day of September, 2014.

                                                   s/ *Louis Guirola, Jr.*
                                                   Louis Guirola, Jr.
                                                   Chief United States District Judge